**UNITED STATES of America,
Appellee,**

v.

**Kenneth Alan DUDLEY, Appellant.**

**No. 03–1002.**

United States Court of Appeals,
Eighth Circuit.

Submitted July 16, 2003.

Decided July 21, 2003.

Before LOKEN, Chief Judge,
MURPHY, and RILEY, Circuit Judges.

PER CURIAM.

Kenneth Dudley pleaded guilty to one count of distributing approximately 31.48 grams of a mixture or substance containing cocaine base, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B). At sentencing, the district court[1] denied Dudley's motion for downward departure and sentenced him to 57 months imprisonment and 4 years supervised release. The court also ordered Dudley to pay $3,450 in restitution. On appeal, counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court abused its discretion in denying a downward departure. We reject this argument.

Specifically, we do not review a sentencing court's denial of a downward-departure motion where, as here, there is no indication the court believed it lacked the authority to depart. *See United States v. Lopez–Arce,* 267 F.3d 775, 783–84 (8th Cir.

2001). Further, we have reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we find no nonfrivolous issues.

Accordingly, we grant counsel's motion to withdraw, and we affirm.

A true copy.

---

1. The HONORABLE LINDA R. READE, United States District Judge for the Northern District of Iowa.